**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (LR5733)
Phillip Kim, Esq. (PK 9384)
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Counsel for the Van Es Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN HILL, Individually and On Behalf of All   Case No.: 10 CV 7838 (PAC)
Others Similarly Situated,

        Plaintiff,              <u>CLASS ACTION</u>

      v.                     **NOTICE OF WITHDRAWAL OF**
                                     **THE VAN ES GROUP'S LEAD**
CHINA-BIOTICS, INC., SONG JINAN; LI CHI   **PLAINTIFF MOTION**
YUEN a/k/a RAYMOND LI; LEWIS FAN; YAN
YIHONG a/k/a EVA YAN; and TRAVIS CAI,

        Defendants.
-----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that class members Fred Van Es, and Ronald Wilson

("Movant" or the "Van Es Group") withdraws their motion for an Order: (a) appointing Movant

as Lead Plaintiff; and (b) approving Movant's selection of the Rosen Law Firm, P.A. as Lead

Counsel.   This withdrawal is made without prejudice to the rights of Messrs. Van Es and Wilson

to participate in this action as a member of the proposed class and to share in any settlement

recovery.

Dated February 4, 2011

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

_____/s/ Phillip Kim_____
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlgal.com

Counsel for the Van Es Group

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this on the 4th day of February, 2011, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Phillip Kim_____