# EXHIBIT A

# Verification of Stores

We hired private investigators to visit and report on locations that China-Biotics disclosed on Tuesday, August 31st on its website as representing its "retail outlets". Below we have listed summary information on the locations that we visited.

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| **No. 1208 Gongjiang Road**<br><br>Date of Visit= Sept. 1, 2010<br><br>Our investigator visited the Baoshan location at No. 1208 Gongjiang Road. A picture was taken of the road sign that indicated the No. 1208 address. Instead of the CHBT retail outlet, there was a Carrefour supermarket. There was no China-Biotics store within the Carrefour supermarket. The investigator asked where he could find the six products that China-Biotics produces. No China-Biotics products could be found.<br><br>A close-up of the Carrefour store:<br><br><br><br>Distant shot of Carrefour on Gongjiang Road: | No | No | No | None | Carrefour Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 1750 Changyang Road**<br><br>Date of Visit= Sept. 2, 2010<br>**Description:**<br><br>Our investigator visited 1750 Changyang Road in Yangpu District and found an Auchan Supermarket at the location. There was no China-Biotics store within the supermarket. A picture of the supermarket is shown below. Shining Probiotics Protein Powder products were found on the bottom shelf of the Nutrition area.<br><br>The Auchan Supermarket at No. 1750 Changyang Road:<br><br>Shining Probiotics Protein Powder on the bottom shelves: | No | No | Yes | Shelf | Auchan Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 88 West Xianxia Road**<br><br>Date of Visit=Sept. 1,2010<br>**Description:**<br><br>Our investigator visited the Changning location at No. 88 West Xianxia Road. At that location was a Century Mart. The investigator went into the store and asked if there was a China-Biotics store in the mart. The store does not exist. However, the investigator was able to find Shining Probiotics Protein Powder and Shining Essence on the shelves, as shown below.<br><br>No. 88 West Xianxia Road:<br><br><br>Century Mart at No. 88 West Xianxia Road: | No | No | Yes | Shelf | Century Mart |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  Shining Essence on the shelves of Century Mart: Shining Probiotics Protein Powder on the bottom shelf: | | | | | |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 3336 Guidu Road**<br><br>Date of Visit= Sept. 1, 2010<br>**Description:**<br><br>Our investigator attempted to visit the Minhang location at No. 3336 Guidu Road, but the road did not exist. Instead, the investigator visited No. 3366 Dushi Road, since Dushi Road has similar Chinese characters to Guidu Road. At that location was a Tesco Supermarket. The investigator went into the store and asked where he could find a China-Biotics store or products. Neither the store nor the products existed.<br><br>No. 3366 Dushi Road:<br><br>Tesco Supermarket at 3366 Dushi Road: | No | No | No | None | Address does not exist |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 1028 Shuichan Road**<br><br>Date of Visit= Sept. 1, 2010<br>**Description:**<br><br>Our investigator visited the Baoshan location at No. 1028 Shuichan Road. At that location was a hardware store. The China-Biotics store does not exist, and neither do any CHBT products, as shown below.<br><br>Hardware store on No. 1028 Shuichan Road:<br><br> | No | No | No | None | Hardware Store |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| **No. 161 East Luochuan Road**<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Zhabei location at No. 161 Luochuan Road. At that location was the Luochuan Business building. The investigator asked the building security guard where a China-Biotics store could be found within the building. He said that no such store existed.<br><br>A picture of the exterior of the building:<br><br><br><br>Tenants of 161 Luochuan Road:<br><br> | No | No | No | None | Business building |
| **No. 917 Changlin Road**<br><br>Date of Visit= Sept. 1, 2010 | No | No | Yes | Shelf | Century Mart |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| **Description:**<br><br>Our investigator visited the Baoshan location at No. 917 Changlin Road. The address belonged to a large shopping center. The investigator could not find the 917 address, but there was a Century Mart at 939 Changlin Road. The investigator went into the Century Mart location and asked if there was a China-Biotics store within the supermarket. The store did not exist. However, the investigator found Shining Probiotics Protein Powder and Shining Essence products on the shelves.<br><br>Century Mart at No. 939 Changlin Road:<br><br><br><br>Shining Essence in Century Mart at No. 939 Changlin Road:<br><br><br><br>Shining Probiotics Protein Powder in Century Mart at No. 939 Changlin Road:<br><br> | | | | | |
| **No. 535 Hongzhong Road**<br>Date of Visit= Aug. 30, 2010<br>**Description:**<br><br>Our investigator visited the Minhang location at No. 535 Hongzhong Road. At that location was a Trust Mart. The investigator went into the store and asked if there was a China-Biotics store. The store did not exist. The investigator asked if the store carreid any of the company's 6 products. The products were not available.<br><br>Address of No. 535 Hongzhong Road: | No | No | No | None | Trust Mart |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  Trust Mart on No. 535 Hongzhong Road:  | | | | | |
| **No. 501 Sanmen Road** <br> Date of Visit= Sept. 1, 2010 <br><br> **Description:** <br><br> Our investigator visited the Baoshan location at No. 501 Sanmen Road. At that location was a Tesco Supermarket. The investigator went inside and asked if there was a China-Biotics store. The China-Biotics store did not exist. The investigator asked where he could find the 6 products that the company produces. The products were not available. <br><br> Tesco Supermarket at No. 501 Sanmen Road: | No | No | No | None | Tesco Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 254 Daning Road**<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Zhabei location at No. 254 Daning Road. At that location was a Lianhua Supermarket. The investigator went into the store and asked one of the employees whether there was a China-Biotics store within the supermarket. The store did not exist. The Shining Probiotics Protein Powder was found on one of the shelves in the supermarket.<br><br>A picture of the Lianhua Supermarket:<br><br><br><br>Shining Probiotics Protein Powder located on the bottom of one shelf: | No | No | Yes | Shelf | Lianhua market |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|   | | | | | |
| **No. 518 Dahua Road**<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Baoshan location at No. 518 Dahua Road. At that location was a Tesco Supermarket. The investigator went inside and asked if there was a China-Biotics store. The store did not exist. However, the investigator was able to find Shining Probiotics Protein Powder and Shining Essence products on the shelves, as shown below.<br><br>Tesco Supermarket at No. 518 Dahua Road: | No | No | Yes | Shelf | Tesco Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  Address of Tesco Supermarket at No. 518 Dahua Road:  Shining Essence on a bottom shelf:  Shining Probiotics Protein Powder on the top shelf:  | | | | | |
| No. 1557 Wenchuan Road<br>Date of Visit= Sept. 1, 2010 | No | No | No | None | Lotus Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| **Description:**<br><br>Our investigator visited the Baoshan location at No. 1557 Wenchuan Road. At that location was a Lotus Supermarket. We took pictures of the outside of the store and address. We went inside the store and asked where we could find a China-Biotics store within the supermarket. The China-Biotics store did not exist. We asked where we could find the 6 products that the company produces. The products were not available.<br><br>Lotus Supermarket at No. 1557 Wenchuan Road:<br><br>Lotus Supermarket at No. 1557 Wenchuan Road:<br> | | | | | |
| No. 651 Changjiang Nan Road<br>Date of Visit= Sept. 1, 2010 | No | No | Yes | Shelf | Century Mart |

14

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|

**Description:**

Our investigator visited the Baoshan location at No. 651 Changjiang Nan Road. At that location was a Century Mart. The investigator took pictures of the outside of the store and address. The investigator went inside the store and asked where he could find a China-Biotics store within the supermarket. The China-Biotics store did not exist. He asked where he could find the 6 products that the company produces. He went to see those products and they were on the shelf, next to other nutritional supplements. Pictures of the products are included below.

Century Mart at No. 651 Changjiang Nan Road:



Picture of address of No. 651 Changjiang Nan Road:



Shining Probiotics Protein Powder found at 651 Changjiang Nan Road:

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 3155 Qixin Road**<br><br>Date of Visit= Aug. 31, 2010<br><br>**Description:**<br><br>Our investigator visited the Minhang location at No. 3155 Qixin Road. At that location was a Tesco Supermarket, Qixin Road Branch. The investigator went into the store and asked if there was a China-Biotics store within the supermarket, or whether the company's 6 products were available on store shelves. The store did not exist, and the products could not be found.<br><br>Tesco Supermarket at Qixin Road:<br><br> | No | No | No | None | Tesco Supermarket |
| **No. 833 Anlong Road** | No | No | Yes | Shelf | Lianhua Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|

Date of Visit= Sept. 1, 2010

## Description:

Our investigator visited the Changning location at No. 833 Anlong Road. At that location was a Lianhua Supermarket. The investigator went inside and asked if there was a China-Biotics store inside the supermarket. The store does not exist. The investigator found Shining Probiotics Protein Powder on the bottom shelf of the supermarket.

Lianhua Supermarket at No. 833 Anlong Road:



Close-up of address of Lianhua Supermarket at No. 833 Anlong Road:



Shining Probiotics Protein Powder found on shelves:

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 1500 Xincun Road**<br><br>Date of Visit=Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Baoshan location at No. 1500 Xincun Road. At that location was a Carrefour Supermarket. The investigator went inside and asked if there was a China-Biotics store within the supermarket. The China-Biotics store did not exist. He asked where he could find the 6 products that China-Biotics produces. The supermarket did not sell the products.<br><br>Carrefour Supermarket at  No. 1500 Xincun Road:<br> | No | No | No | None | Carrefour Supermarket |
| **No. 1038 Qujiang Road (Zhabei District)** | No | No | No | None | Residential Building |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| Date of Visit= Sept. 2, 2010 | | | | | |

**Description:**

Our investigator could not find the address that was provided on the CHBT website: "Zhabei District, 1038 Qujiang Road". Based on common Shanghainese knowledge, the investigator instead visited the Zhabei District, 1038 Qiujiang Road (Note that Qiujiang Road is different from Qujiang Road). At that location was just a residential building, shown below. Near the residential building was a small neighborhood supermarket called "WuYuan". Neither a China-Biotics store nor any of its products existed at the specified address.

The street number shows a residential building:



The street sign for where the location should be:



Another shot of the street location:

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| No. 713 Lingnan Road<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator verified that a China-Biotics store exists at this address. Below are pictures of the store:<br><br> | Yes | No | Yes | Everywhere | A CHBT store exists |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| No. 243 Changningzhi Road<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Changning location at No. 243 Changningzhi Road. At this location was a Hualian Supermarket. The investigator went inside and asked if there is a China-Biotics store in the supermarket. The store did not exist. However, the investigator found Shining Probiotics Protein Powder on the bottom of a shelf next to other nutritional supplements, as shown below. | No | No | Yes | Shelf | Hualian Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| No. 243 Changningzhi Road:<br><br>Hualian Supermarket at No. 243 Changningzhi Road:<br><br>Shining Probiotics Protein Powder on the bottom of a shelf: | | | | | |



| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 98 Yanchang Road (Zhabei District)**<br><br>Date of Visit= Sept. 2, 2010<br><br>**Description:**<br><br>Our investigator could not find the address provided by CHBT: "Zhabei District, 98 Yancheng Road". Based on common Shanghainese knowledge, the investigator instead visited the "Zhabei District, Yanchang Road" (Notice the address provided was Yan**cheng** Road, NOT Yan**chang** Road). At that location the investigator could not find No. 98; the only stores on the road were No. 88, No. 90, and No. 100, which comprised of a cigarette store, cell phone card store, and clothing store. There was no China-Biotics store.<br><br>Below is a picture of the Yanchang Road street sign:<br><br> | No | No | No | None | Cigarette Store |
| **No. 205 Jufengyuan Road**<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Baoshan location at No.205 Jufengyuan Road. At that location was a Trust-Mart Supermarket. We took pictures of the outside of the store and address. We went inside the store and asked where we could find a China-Biotics store within the supermarket. | No | No | No | None | Trust-Mart |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| The China-Biotics store did not exist. We asked where we could find the 6 products that the company produces. We did not see those products.<br><br>Trust-Mart at No. 205 Jufengyuan Road:<br> | | | | | |
| **No. 855 Xinsong Road**<br>Date of Visit=Sept.1, 2010<br><br>**Description:**<br><br>Our investigator visited the Minhang location at No. 855 Xinsong Road. At that location was a Tesco Supermarket. The investigator went into the store and asked if there was a China-Biotics store. The store did not exist, but Shining Essence and Shining Probiotics Protein Powder, two of the six products that CHBT claims to produce, were found in the nutritional supplements section.<br><br>Shining Probiotics Protein Powder on the store shelf at the Tesco at No. 855 Xinsong Road.<br><br><br>Shining Energy on the store shelf at the Tesco at No. 855 Xinsong Road. | No | No | Yes | Shelf | Tesco Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 226 Haijiang Road**<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Baoshan location at No. 226 Haijiang Road. Number 226 was unable to be located. Below we show pictures of the street sign and of nearby addresses, but our investigators could not find No. 226 Haijiang Road.<br><br>Below is a picture of the Haijiang Road street sign:<br><br><br><br>Below is a picture of 296 Haijiang Road, but 226 Haijiang Road could not be found: | No | No | No | None | Address does not exist |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|   Below is a picture of 158 Haijiang Road, but 226 Haijiang Road could not be found:   | | | | | |
| **No. 425 Liangcheng Road**  Date of Visit= Sept. 1, 2010  **Description:**  Our investigator visited the Hongkou location at No. 425 Liangcheng Road. At that location was a Jiadeli Supermarket. The investigator went into the store and asked if there was a China-Biotics store in the supermarket. The store did not exist.  The investigator was able to find Shining Probiotics Protein Powder located on a shelf, as shown below.  Jiadel Supermarket at No. 425 Liangcheng Road: | No | No | Yes | Shelf | Jiadeli Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|



425 Liangcheng Road address sign:

Shining Probiotics Protein Powder on the shelf:

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| **No. 1632 Xietu Road**<br><br>Date of Visit= N.A.<br><br>**Description:**<br><br>A store exists at No. 1632 Xietu Road. Below are pictures.<br><br><br><br> | Yes | No | Yes | Everywhere | China-Biotics store exists |
| **No. 14, Lane 133, Lingping Road**<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Hongkou location at No. 14, Lane 133, Lingping Road. At that location was Rui Hong Square, and within the mall there was an E-Mart. The investigator went into the store and asked if there was a China-Biotics store in the mart. The store did not exist. There was also no standalone China-Biotics store within the other areas of Rui Hong Square.<br><br>The investigator was able to find Shining Probiotics Protein Powder and Shining Essence Bowels-Clearing & Liver-Protection Capsule products on the shelves of the E-Mart, as shown | No | No | Yes | Shelf | E-mart |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| below. | | | | | |
| Rui Hong Square, located on No. 14, Lane 133, Lingping Road:<br> | | | | | |
| E-Mart inside Rui Hong Square:<br> | | | | | |
| Shining Essence Bowels-Clearing & Liver-Protection Capsule:<br> | | | | | |
| Shining Probiotics Protein Powder:<br> | | | | | |
| Our investigator also traveled to 14 Linping Road, and found that this street number is no longer in use. Local sources confirmed that 14 Linping Road had been changed to 20 Linping Road. This address is a residential compound, as shown below. There are no stores in the vicinity selling Shining products.<br><br>Residential compound at 20 Linping Road: | | | | | |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 8 Baoming Road**<br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Minhang location at No. 8 Baoming Road. At that location was a Lotus Supermarket. The investigator went into the store and asked if there was a China-Biotics store. The store did not exist. The investigator asked where he could find the 6 products that the company produces. The products were not available.<br><br>Lotus Supermarket at No. 8 Baoming Road:<br> | No | No | No | None | Lotus Supermarket |
| **No. 220 Guanglin Si Road**<br>Date of Visit= Sept. 1, 2010 | No | No | No | None | Haode Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| **Description:**<br><br>Our investigator visited the Hongkou location at No. 220 Guanglin Si Road. There were no China-Biotics stores or supermarkets at that location, and our investigator therefore visited 202 Guanglin Si Road, where there was a Haode Supermarket. The investigator went inside the store and asked if there was a China-Biotics store in the supermarket. Neither the store nor any CHBT products existed.<br><br>The Haode Supermarket on No. 202 Guanglingsi Road:<br><br> | | | | | |
| **No. 1285 Mudanjiang Road**<br>Date of Visit= Sept.1, 2010<br><br>**Description:**<br><br>Our investigator visited the Baoshan location at No.1285 Mudanjiang Road. At that location was a Jinfumen Hotel. We took pictures of the outside of the hotel and address. The China-Biotics store did not exist.<br><br>Jinfumen Hotel at No. 1285 Mudanjiang Road: | No | No | No | None | Jinfumen Hotel |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| <br>A picture of the address:<br> | | | | | |
| No. 121, Lane 1520, Huashang Road<br><br>Date of Visit= Sept.1, 2010<br><br>**Description:**<br><br>Our investigator visited the Changning location at No. 121, Lane 1520, Huashang Road. At this location was Somfy China Building. The China-Biotics store does not exist, and neither do the products, as shown below.<br><br>Somfy China Building at No. 121, Lane 1520, Huashang Road: | No | No | No | None | Somfy China Building |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 441 Henanbei Road**<br><br>Date of Visit=Sept.1, 2010<br><br>**Description:**<br><br>Our investigator visited the Zhabei location at No. 441 Henanbei Road. At that location was a Jiadeli Supermarket. The investigator did not find a stand-alone CHBT store within the store, and was only able to find the Shining Probiotics Protein Powder on a shelf in the nutritional supplements section of the supermarket.<br><br>Jiadeli Supermarket at No. 441 Henanbei Road.<br><br><br><br>Shining Probiotics Protein Powder on one shelf: | No | No | Yes | Shelf | Jiadeli Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  Another picture of the Shining Probiotics Protein Powder products:  | | | | | |
| No. 287 Siping Road<br><br>Date of Visit= Sept.1, 2010<br><br>**Description:**<br><br>Our investigator visited the Hongkou location at No. 287 Siping Road. At this location was a Lianhau Fresh Mart. The investigator went into the store and asked if there was a China-Biotics store in the mart. The store did not exist. However, the investigator was able to | No | No | Yes | Shelf | Lianhau Fresh Mart |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| find Shining Probiotics Protein Powder on the shelves of the mart, as shown below.<br><br>Lianhau Fresh Mart at No. 287 Siping Road:<br><br><br><br>Lianhau Fresh Mart at No. 287 Siping Road:<br><br>No. 287 Siping Road: | | | | | |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  Shining Probiotics Protein Powder on the shelf:  | | | | | |
| No. 151 Dong Jiangwan Road<br>Date of Visit= Sept.1, 2010<br><br>**Description:**<br><br>Our investigator visited the Hongkou location at No. 151 Dong Jiangwan Road. The building does not exist anymore because it was demolished in the middle of August. The investigator visited the nearby GMS Supermarket at No. 1 Tongxin Road. The investigator went into the | No | No | No | None | Building Demolished |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| store and asked if there was a China-Biotics store in the supermarket. Neither the store nor any CHBT products exist. <br><br> GMS Supermarket at No. 1 Tongxin Road: <br><br>  <br><br> GMS Supermarket at No. 1 Tongxin Road: <br><br>  | | | | | |
| **No. 7308 Huming Road** <br> Date of Visit= Aug. 31, 2010 <br><br> **Description:** <br><br> Our investigator visited the Minhang location at No. 7308 Huming Road. A that location was a Carrefour Supermarket. The investigator went into the store and asked if there was a China-Biotics store within the supermarket. The investigator also asked where he could find the 6 products that the company produces. Neither the store nor any CHBT products could be found. <br><br> Carrefour Supermarket at No. 7308 Huming Road: | No | No | No | None | Carrefour Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 130 Yanchang Road**<br>Date of Visit= Sept.1, 2010<br><br>**Description:**<br><br>Our investigator visited the Zhabei location at No. 130 Yanchang Road. At that location was a Hualian Supermarket. The investigator went into the store and asked whether there was a China-Biotics store within the supermarket. The store did not exist. The only CHBT product was the Shining Probiotics Protein Powder, located at the bottom of a shelf.<br><br>A picture of the Hualian Supermarket:<br><br>Another picture of the Hualian Supermarket street address: | No | No | Yes | Shelf | Hualian Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  The Shining Probiotics Protein Powder on a bottom shelf inside the store:  | | | | | |
| **No. 777 Dongbaoxing Road** Date of Visit= Sept. 1, 2010  **Description:**  Our investigator visited the Hongkou location at No. 777 Dongbaoxing Road. At that location was a Century Mart. We took pictures of the outside of the store and address. We went inside the store and asked where we could find a China-Biotics store within the supermarket. The China-Biotics store did not exist. We asked where we could find the 6 products that the company produces. The products were on the shelf, next to other nutritional supplements. We took pictures of the products and have included them below.  **Photo of Century Mart and Address at No. 777 Dongbaoxing Road:** | No | No | Yes | Shelf | Century Mart |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  Shining Essence:<br><br>Shining Essence Bowels-clearing & Liver-protecting Capsule: | | | | | |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  **Shining Probiotics Protein Powder:**  | | | | | |
| **No. 1218 Wuzhong Road**<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Minhang location at No. 1218 Wuzhong Road. At that location was a Tesco Supermarket. The investigator went into the store and asked if there was a China-Biotics store within the supermarket. The store did not exist. The investigator asked where he could find the 6 products that the company produces. The products were not available.<br><br>The investigator could not take a photo due to heavy rain. | No | No | No | None | Tesco Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| No. 88 Baode Road<br><br>Date of Visit=Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Baoshan location at No.88 Baode Road. At that location was a Lotus Supermarket. We took pictures of the outside of the store and address. We went inside the store and asked where we could find a China-Biotics store within the supermarket. The China-Biotics store did not exist. We asked where we could find the 6 products that China-Biotics produces. We were not able to find these products.<br><br>The Lotus Supermarket at No. 88 Baode Road:<br><br><br>A picture of the address sign of 88 Baode Road:<br> | No | No | No | None | Lotus Supermarket |
| No. 988 Datong Road | No | No | Yes | Shelf | Office |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| Date of Visit= Sept. 2, 2010 | | | | | Building/Hualian Supermarket |

**Description:**

Our investigator visited 988 Datong Road and found an office building named North Region Commercial Plaza, as shown below. The investigator confirmed with local sources that there are no shops in the office building that sell Shining products. The investigator next went behind the building, where there was a Hualian Supermarket, but with the address No. 984 Datong Road. Further, there was no independent China-Biotics store in the building, and the supermarket only carried Shining Probiotics Protein Powder on a single bottom shelf, as shown below.

A picture of the first office building at No. 988 Datong Road:



Hualian Supermarket on No. 984 Datong Road:



Shining Probiotics Protein Powder products on the bottom shelf:



| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| No. 500 Linfen Road<br>Date of Visit=Sept. 1, 2010 | No | No | No | None | GMS Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
| **Description:**<br><br>Our investigator visited the Zhabei location at No. 500 Linfen Road. At that location was a GMS Supermarket. The investigator asked whether there was a China-Biotics store, but none existed. The investigator asked where the Shining products were sold, and the employee verified that the store does not carry any Shining products.<br><br>The GMS Supermarket at No. 500 Linfen Road.<br><br><br>The GMS Supermarket at No. 500 Linfen Road.<br> | | | | | |
| No. 218 Jinzhong Road<br>Date of Visit= Sept.1, 2010<br><br>**Description:**<br><br>Our investigator visited the Changning location at No. 218 Jinzhong Road. It is an empty parking lot, as shown below.<br><br>Empty parking lot at No. 218 Jinzhong Road: | No | No | No | None | Parking Lot |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 2092 Dongchuan Road**<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Minhang location at No. 2092 Dongchuan Road. At that location was an Auchan Supermarket. The investigator went into the store and asked if there was a China-Biotics store within the supermarket. The China-Biotics store did not exist. The investigator asked where he could find the 6 products that the company produces. The products were not available.<br><br>Auchan Supermarket at No. 2092 Dongchuan Road:<br><br>Street number at No. 2092 Dongchuan Road: | No | No | No | None | Auchan Supermarket |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |
| **No. 5001 Dushi Road**<br><br>Date of Visit= Sept. 1, 2010<br><br>**Description:**<br><br>Our investigator visited the Minhang location at No. 5001 Dushi Road. At that location was a Parkson Department Store. The investigator went into the store and asked if there was a China-Biotics store within the department store. The store did not exist. The investigator asked where he could find the 6 products that the company produces. The products were not available at the store.<br><br>Street number at No. 5001 Dushi Road:<br><br>Parkson Department Store at No. 5001 Dushi Road: | No | No | No | None | Parkson Department Store |

| ADDRESS | WAS THERE A STANDALONE CHINA-BIOTICS STORE? | WAS THERE A CHINA-BIOTICS STORE WITHIN A LARGER STORE? | WERE THE PRODUCTS FOUND WITHIN THE STORE? | WHERE WERE THE PRODUCTS LOCATED? | IF NO CHINA-BIOTICS STORE, WHAT WAS AT THE LOCATION? |
|---|---|---|---|---|---|
|  | | | | | |