UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN HILL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHINA-BIOTICS, INC., SONG JINAN, LI CHI YUEN a/k/a RAYMOND LI, LEWIS FAN, YAN YIHONG a/k/a EVA YAN, and TRAVIS CAI,<br><br>    Defendants. | Civil Action No. 10-CV-7838-PAC<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12-3-13 |

## STIPULATION AND ~~PROPOSED~~ ORDER

WHEREAS, on January 9, 2012, plaintiffs John Hill and Nureddin Nejim ("Plaintiffs") filed a Second Amended Complaint;

WHEREAS, on October 18, 2012, the Court consolidated the above-captioned case with *Casper v. Jinan*, 12-cv-4202 (S.D.N.Y.);

WHEREAS the parties participated in a second mediation session on July 17, 2013;

WHEREAS, on September 27, 2013, the Court "So Ordered" a stipulation, which required the Plaintiffs to file a consolidated amended complaint by December 1, 2013 if the case did not settle before then;

WHEREAS the parties have reached an agreement in principle to resolve the action and are in the process of preparing the appropriate documents necessary to finalize the settlement; and

WHEREAS, once the appropriate settlement documents are finalized and executed by the parties, the parties will move the Court for preliminary approval of the settlement.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. The above-referenced action is stayed in all regards pending the finalization of papers documenting the settlement and the filing of a motion for preliminary approval of the settlement.

Dated: November 29, 2013

| | |
|---|---|
| **SAXENA WHITE P.A.** | **SHEARMAN & STERLING LLP** |
| By: _____ | By: _____ |
| Joseph E. White III | Jerome S. Fortinsky |
| Lester R. Hooker | Jeffrey J. Resetarits |
| 2424 North Federal Highway, Suite 257 | 599 Lexington Avenue |
| Boca Raton, FL 33431 | New York, NY 10022 |
| Telephone: 561-394-3399 | Telephone: 212-848-4900 |
| jwhite@saxenawhite.com | jfortinsky@shearman.com |
| | jeffrey.resetarits@shearman.com |
| *Counsel for Plaintiffs* | *Attorneys for Defendants China-Biotics, Inc.* |

**LAW OFFICES OF CURTIS V. TRINKO, LLP**
Curtis V. Trinko
16 West 46th Street, 7th Floor
New York, New York 10036
Telephone: 212-490-9550

*Liaison Counsel for Plaintiffs*

**RYAN & MANISKAS, LLP**
Richard A Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: 484-588-5516

*Counsel for Plaintiffs*

**SO ORDERED:**

Dated: 12-3-3

_____
Honorable Paul A. Crotty
United States District Judge