# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN HILL, Individually and On Behalf of All Others Similarly Situated, ) | **Civil Action No. 1:10-cv-07838-PAC** |
| ) | |
| Plaintiff, ) | <u>CLASS ACTION</u> |
| ) | |
| vs. ) | |
| ) | |
| CHINA-BIOTICS, INC., JINAN SONG, LI CHI YUEN a/k/a RAYMOND LI, LEWIS FAN, YAN YIHONG a/k/a EVA YAN, TRAVIS CAI, CHIN JI WEI, DU WEN MIN, SIMON YICK, ROTH CAPITAL PARTNERS LLC, and MAXIM GROUP LLC, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS CERTIFICATION, APPROVAL OF PLAN OF ALLOCATION, AND AWARD OF ATTORNEYS' FEES <u>AND EXPENSES AND LEAD PLAINTIFF'S REPRESENTATIVE REIMBURSEMENT</u>

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 10, 2015 at 2:30 P.M., in the Courtroom of the Honorable Paul A. Crotty, Judge of the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, Courtroom 14C, 500 Pearl Street, New York, NY 100007, Lead Plaintiffs John Hill and Nureddin Nejim, and additional Plaintiff Frank M. Tworek (collectively, "Plaintiffs"), will and hereby respectfully move the Court to enter a judgment and order (1) granting final approval of the Settlement of this litigation; (2) granting class certification for settlement purposes; (3) approving the Plan of Allocation of settlement proceeds and the sufficiency of Notice; and (4) awarding Lead Plaintiff's Counsel's attorneys' fees and expenses, and approving Plaintiffs' Representative Reimbursement.  This motion is based upon the accompanying Memorandum of Law, the declarations filed in support thereof, the Stipulation of Settlement dated March 31, 2015, and the accompanying exhibits attached therewith, as well as all prior proceedings held in this action, and other such matters and arguments as the Court may consider in the hearing of this motion.

| | |
|---|---|
| Dated: August 20, 2015 | **LAW OFFICES OF CURTIS V. TRINKO, LLP** |
| | By: */s/ Curtis V. Trinko* |
| | Curtis V. Trinko (CT-1838)<br>Jennifer Traystman (JT-7583)<br>C. William Margrabe (CM-7734)<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br>Tel:  (212) 490-9550<br>Fax:  (212) 986-0158<br>Email:  Ctrinko@trinko.com |
| | *Liaison Counsel for Plaintiffs* |

**SAXENA WHITE P.A.**
Joseph E. White, III (JW-9598)
Lester R. Hooker
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com

**RYAN & MANISKAS, LLP**
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: 484-588-5516

*Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the August 20, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                           */s/ Curtis V. Trinko*
                                           Curtis V. Trinko